# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: DUGGAN, SAM                              §     Case No. 14-81753-TML
                                                §
                                                §
Debtor(s)                                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS                      , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/24/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/02/2015          By:  /s/JAMES E. STEVENS

                                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: DUGGAN, SAM | § | Case No. 14-81753-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $     4,000.00

*and approved disbursements of*     $     40.00

*leaving a balance on hand of* [1]     $     3,960.00

**Balance on hand:**     $     3,960.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $     0.00

Remaining balance:     $     3,960.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,179.50 | 0.00 | 1,179.50 |

Total to be paid for chapter 7 administration expenses:     $     2,179.50

Remaining balance:     $     1,780.50

   1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 1,780.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 1,780.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,212.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,000.00 | 0.00 | 143.55 |
| 2 | Commerce Bank | 10,147.70 | 0.00 | 485.53 |
| 3 | 1st Financial Bank | 15,096.60 | 0.00 | 722.32 |
| 4 | American Express Centurion Bank | 3,493.31 | 0.00 | 167.14 |
| 5 | Portfolio Recovery Associates, LLC | 5,475.00 | 0.00 | 261.96 |

Total to be paid for timely general unsecured claims: $ 1,780.50

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/JAMES E. STEVENS

Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-81753-TML
Sam Duggan                                                          Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Jun 03, 2015
                             Form ID: pdf006         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2015.
db       +Sam Duggan,   2364 Fenview Circle,   Island Lake, IL 60042-8822
22725442 +1st Financial Bank,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
          Dallas, TX 75380-0849
21994340 +AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale,FL 33329-7871
22838699  American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21994341 +Baxter Emply CR Union,   Attn: Bankruptcy Dept.,   1425 Lake Cook Rd,   Deerfield,IL 60015-5213
21994338 +Blatt, Hasenmiller, Leibsker,   Bankruptcy Dept.,   125 S. Wacker Dr. Suite 400,
          Chicago,IL 60606-4440
21994336 ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
          (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
          Richmond,VA 23285)
21994334 +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington,DE 19850-5298
21994324 +Daimlertrk,   Attn: Bankruptcy Dept.,   13650 Heritage Pkwy,   Fort Worth,TX 76177-5323
21994327 +Edfinancial SVCS,   Attn: Bankruptcy Dept.,   120 N Seven Oaks Dr,   Knoxville,TN 37922-2359
21994329 +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta,GA 30374-0241
21994330 +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen,TX 75013-2002
21994326 +FIA CARD Services N.A.,   C/O Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,
          Norfolk,VA 23502-4962
21994337 +Lake County Clerk,   Doc 13SC4599,   18 N. County St. Rm 101,   Waukegan,IL 60085-4304
22137338  Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
          Roseville, MN 55113-0011
22965387 ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
          (address filed with court: Portfolio Recovery Associates, LLC,
          successor to FIA CARD SERVICES, N.A.,   (BANK OF AMERICA),   PO Box 41067,
          Norfolk, VA 23541)
21994332 +THD/CBNA,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls,SD 57117-6497
21994331 +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester,PA 19016-1000
21994333 +Worlds Foremost BANK N,   Attn: Bankruptcy Dept.,   4800 Nw 1St St Ste 300,
          Lincoln,NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21994343 +E-mail/Text: bankruptcynotice@lfbusa.com Jun 04 2015 01:19:16   1ST Financial BK USA,
          Attn: Bankruptcy Dept.,   363 W Anchor Dr,   Dakota Dunes,SD 57049-5154
21994342 +E-mail/Text: bankruptcy@commercebank.com Jun 04 2015 01:19:29   Commerce BANK,
          Attn: Bankruptcy Dept.,   1045 Executive Parkway D,   Saint Louis,MO 63141-6303
22685782  E-mail/Text: bankruptcy@commercebank.com Jun 04 2015 01:19:29   Commerce Bank,
          P O BOX 419248,   KCREC-10,   Kansas City, MO 64141-6248
22684516  E-mail/PDF: mrdiscen@discover.com Jun 04 2015 01:14:22   Discover Bank,
          DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
21994339 +E-mail/PDF: mrdiscen@discover.com Jun 04 2015 01:14:22   Discover FIN SVCS LLC,
          Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington,DE 19850-5316
21994325 +E-mail/Text: bankruptcy@huntington.com Jun 04 2015 01:19:23   Huntington National BA,
          Attn: Bankruptcy Dept.,   7450 Huntington Prk Dr H,   Columbus,OH 43235-5740
21994344  E-mail/Text: creditreconciliation@peoples.com Jun 04 2015 01:19:32   Citizens Bank,
          Bankruptcy Dept.,   1000 Layfayette Blvd,   Bridgeport,CT 06604
                                                                        TOTAL: 7

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21994335* +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington,DE 19850-5298
21994328* +Edfinancial SVCS,   Attn: Bankruptcy Dept.,   120 N Seven Oaks Dr,   Knoxville,TN 37922-2359
21994345* ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
          (address filed with court: Citizens Bank,   Bankruptcy Dept.,   1000 Layfayette Blvd,
          Bridgeport,CT 06604)
                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2015                          Signature:  /s/Joseph Speetjens

District/off: 0752-3        User: cshabez          Page 2 of 2            Date Rcvd: Jun 03, 2015
                           Form ID: pdf006         Total Noticed: 26

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2015 at the address(es) listed below:
          Charles F Kinzer    on behalf of Debtor Sam  Duggan ndil@geracilaw.com
          David J Frankel    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
           dfrankel@sormanfrankel.com,   ckauffman@sormanfrankel.com
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
          James E Stevens    jimstevens@bslbv.com,   IL48@ecfcbis.com
          Jason K Nielson    on behalf of Debtor Sam  Duggan ndil@geracilaw.com
          Nathan E Curtis    on behalf of Debtor Sam  Duggan ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                      TOTAL: 7