## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: DUGGAN, SAM | § | Case No. 14-81753 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $50,064.00
*(without deducting any secured claims)*

Assets Exempt: $17,100.00

Total Distribution to Claimants: $1,780.50

Claims Discharged
Without Payment: $51,606.11

Total Expenses of Administration: $2,219.50

3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $41,419.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,219.50 | 2,219.50 | 2,219.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 49,043.00 | 37,212.61 | 37,212.61 | 1,780.50 |
| **TOTAL DISBURSEMENTS** | $90,462.00 | $39,432.11 | $39,432.11 | $4,000.00 |

4)  This case was originally filed under Chapter 7 on May 30, 2014.
The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/13/2015             By:  /s/JAMES E. STEVENS
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Chevy Plow Truck 175,000 miles | 1229-000 | 2,000.00 |
| 2002 Chevy Plow Truck 219,000 miles | 1229-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | $4,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 2 Citizens Bank Bankruptcy Dept. | 4110-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 Huntington National BA | 4110-000 | 9,625.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 Daimlertrk | 4110-000 | 25,794.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 Citizens Bank Bankruptcy Dept. | 4110-000 | 2,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $41,419.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,179.50 | 1,179.50 | 1,179.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,219.50 | $2,219.50 | $2,219.50 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,090.00 | 3,000.00 | 3,000.00 | 143.55 |
| 2 | Commerce Bank | 7100-000 | N/A | 10,147.70 | 10,147.70 | 485.53 |
| 3 | 1st Financial Bank | 7100-000 | 15,096.00 | 15,096.60 | 15,096.60 | 722.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | American Express Centurion Bank | 7100-000 | 3,208.00 | 3,493.31 | 3,493.31 | 167.14 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 5,475.00 | 5,475.00 | 5,475.00 | 261.96 |
| NOTFILED | 10 Edfinancial SVCS | 7100-000 | 1,198.00 | N/A | N/A | 0.00 |
| NOTFILED | 9 Edfinancial SVCS | 7100-000 | 244.00 | N/A | N/A | 0.00 |
| NOTFILED | 11 Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 14 THD/CBNA | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NOTFILED | 15 Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 16 Worlds Foremost BANK N | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | 12 Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 8 Discover FIN SVCS LLC | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 Baxter Emply CR Union | 7100-000 | 6,256.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 CHASE | 7100-000 | 981.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 Capital One | 7100-000 | 2,045.00 | N/A | N/A | 0.00 |
| NOTFILED | 6 CHASE | 7100-000 | 1,859.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,043.00 | $37,212.61 | $37,212.61 | $1,780.50 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81753

**Case Name:** DUGGAN, SAM

**Period Ending:** 10/13/15

**Trustee:** (330420)   JAMES E. STEVENS

**Filed (f) or Converted (c):** 05/30/14 (f)

**§341(a) Meeting Date:** 07/03/14

**Claims Bar Date:** 02/25/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account with Baxter Credit Union | 750.00 | 0.00 | | 0.00 | FA |
| 2 | checking account with Home State Bank | 900.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods; TV, DVD player, TV stand, stere | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books, CD's, DVD's, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 6 | CB 2007 Chevy Express 2500 | 4,685.00 | 0.00 | | 0.00 | FA |
| 7 | CB - 04 Chevy Silverado 2500 | 6,050.00 | 0.00 | | 0.00 | FA |
| 8 | 2006 Dodge Sprinter 250 | 6,170.00 | 0.00 | | 0.00 | FA |
| 9 | 2011 2500 Sprinter Van | 18,309.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 Chevy Plow Truck 175,000 miles  (u) | 2,000.00 | 0.00 | | 2,000.00 | FA |
| 11 | 2002 Chevy Plow Truck 219,000 miles  (u) | 2,000.00 | 0.00 | | 2,000.00 | FA |
| 12 | 4 firearms  (u)<br>See Amended Schedule B filed 8/4/14. | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Term Life Insurance - No Cash Surrender Value  (u)<br>See Amended Schedule B filed 8/4/14. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | IRA with Former Employer  (u)<br>See Amended Schedules B & C filed 8/4/14. | 9,000.00 | 0.00 | | 0.00 | FA |
| 15 | 16 foot auto trailer  (u)<br>See Amended Schedule B filed 8/4/14. | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets**   Totals (Excluding unknown values) | **$54,064.00** | **$0.00** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   April 17, 2015

**Current Projected Date Of Final Report (TFR):**   April 17, 2015  (Actual)

Printed: 10/13/2015 02:12 PM     V.13.25

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-81753
**Case Name:** DUGGAN, SAM

**Taxpayer ID #:** \*\*-\*\*\*2696
**Period Ending:** 10/13/15

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** \*\*\*\*\*\*3766 - Checking Account
**Blanket Bond:** $780,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/14 | | Linda Duggan | payment for two plow trucks | | 4,000.00 | | 4,000.00 |
| | {10} | | 2,000.00 | 1229-000 | | | 4,000.00 |
| | {11} | | 2,000.00 | 1229-000 | | | 4,000.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,990.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,980.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,970.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,960.00 |
| 06/29/15 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,179.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,179.50 | 2,780.50 |
| 06/29/15 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,000.00, Trustee Compensation;  Reference: | 2100-000 | | 1,000.00 | 1,780.50 |
| 06/29/15 | 103 | Discover Bank | Dividend paid  4.78% on $3,000.00; Claim# 1; Filed: $3,000.00; Reference: | 7100-000 | | 143.55 | 1,636.95 |
| 06/29/15 | 104 | Commerce Bank | Dividend paid  4.78% on $10,147.70; Claim# 2; Filed: $10,147.70; Reference: | 7100-000 | | 485.53 | 1,151.42 |
| 06/29/15 | 105 | 1st Financial Bank | Dividend paid  4.78% on $15,096.60; Claim# 3; Filed: $15,096.60; Reference: | 7100-000 | | 722.32 | 429.10 |
| 06/29/15 | 106 | American Express Centurion Bank | Dividend paid  4.78% on $3,493.31; Claim# 4; Filed: $3,493.31; Reference: | 7100-000 | | 167.14 | 261.96 |
| 06/29/15 | 107 | Portfolio Recovery Associates, LLC | Dividend paid  4.78% on $5,475.00; Claim# 5; Filed: $5,475.00; Reference: | 7100-000 | | 261.96 | 0.00 |

|  |  | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 4,000.00 | 4,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 4,000.00 | 4,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $4,000.00 | $4,000.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # \*\*\*\*\*\*3766** | 4,000.00 | 4,000.00 | 0.00 |
| | $4,000.00 | $4,000.00 | $0.00 |

{} Asset reference(s)